**5/13/2015**                                                    **COA No. 01-13-00954-CR**
**BUCHANAN, RAYMOND JR.    Tr. Ct. No. 68872**            **PD-0063-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

> 1ST COURT OF APPEALS  CLERK
> CHRISTOPHER A. PRINE
> 301 FANNIN
> HOUSTON, TX  77002-7006
> * DELIVERED VIA E-MAIL *